Entered on Docket
May 11, 2017
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

David T. Biderman, Bar No. 101577  Signed and Filed: May 11, 2017
DBiderman@perkinscoie.com
Aaron R. Goldstein, Bar No. 239423
AGoldstein@perkinscoie.com
Amir Gamliel, Bar No. 268121
AGamliel@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.843.1284

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Attorneys for Defendant
CALIBER HOME LOANS, INC., servicing agent for
U.S. Bank Trust, N.A., as Trustee for LSF9 Master
Participation Trust, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

In re:

  GLENN DAVIS WONG,

  Debtor,

GLENN DAVIS WONG,

  Plaintiff,

v.

CALIBER HOME LOANS, INC.,

  Defendant.

Chapter 11

Case No. 10-33425-DM-11

Adversary No. 17-03023

**ORDER APPROVING STIPULATION RESOLVING ADVERSARY PROCEEDING IN ITS ENTIRETY**

**Subject Property:**
**920 Hill Street, Belmont, California 94002**

Judge: Dennis Montali

Good cause appearing, the Stipulation Resolving Adversary Proceeding In Its Entirety [filed as Docket Number 19] is hereby approved. The Adversary Proceeding is hereby dismissed *with prejudice*.

**IT IS SO ORDERED**.

ORDER
70329-0469/135441126.1